**Order entered January 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00375-CR

**RIGOBERTO BENITO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81659-09**

## ORDER

On November 14, 2012, the Court adopted the trial court's findings that appellant desires to pursue the appeal and that counsel would file appellant's brief by November 19, 2012. To date, we have not received appellant's brief.

Accordingly, the Court **ORDERS** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. No further extensions will be granted. If appellant's brief is not filed within the time specified, the Court will order Mary Scanlon removed as appellant's attorney and order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Mary Scanlon; and to the

Collin County District Attorney's Office.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE